UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
             U.S.A.

              -V-                              #19 CR 932 (JFK)

    Antonio Clemente and
    Shawn Givens
----------------------------------X

The arraignments in this case are set for January 6, 2020 at 11:00 a.m.

in Courtroom 20-C at U.S. District Court, 500 Pearl Street, New York, NY 10007...

The time between December 30, 2019 and January 6, 2020 is excluded.

                    SO ORDERED.

    Dated:  New York, New York

            12-30-19                    /s/ John F. Keenan
                                        _____
                                        JOHN F. KEENAN
                                        United States District Judge