UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

      -V-

    Antonio Clemente and
    Shawn Givens
------------------------------X

#19 CR 932 (JFK)

The conference is adjourned from March 16 to April 14, 2020 at 11:00 a.m.

The time between March 16, 2020 and April 14, 2020 is excluded.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-16-20

SO ORDERED.

Dated: New York, New York

3-16-20

JOHN F. KEENAN
United States District Judge