```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-24-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
       U.S.A.

       -V-

    Antonio Clemente and
    Shawn Givens

----------------------------------X

#19 CR 932 (JFK)

At the request of counsel for Mr. Givens and on the consent of all parties, the conference has been adjourned from September 9, 2020 to October 8, 2020 at 11:00 a.m. in Courtroom 20-C.  The time between September 9 and October 8, 2020 is excluded.

SO ORDERED.

Dated:  New York, New York
       8-24-20

_____
JOHN F. KEENAN
United States District Judge