USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - X
                    U.S.A.                    :

                      -V-                     :          #19 CR 932 (JFK)

              Antonio Clemente and
              Shawn Givens                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X


        With the consent of all parties, the  conference has been adjourned from

December 17, 2020 to January 12, 2021 at 11:15 a.m.  in Courtroom 20-C.

The time between December 17 and January 12, 2021 is excluded.


                        SO ORDERED.

        Dated:   New York, New York

              12-9-20         John F. Keenan
                                          JOHN F. KEENAN
                              United States District Judge