USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :   No. 19 Cr. 932 (JFK)
                                    :
ANTONIO VICTORO CLEMENTE, JR. and   :   **ORDER**
SHAWN GABRIEL GIVENS, JR.,          :
                                    :
                    Defendants.     :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The next conference in this case, currently scheduled for January 12, 2021, will be heard telephonically using the following conference line and dial-in:

**AT&T Conference Line: 1-888-363-4749**
**Access Code: 788 3927 #**

All participants shall remain in listen-only mode until their case is called.

**SO ORDERED.**

Dated:  New York, New York
        January 5, 2021

                                    /s/ John F. Keenan
                                    John F. Keenan
                                    United States District Judge