UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    U.S.A.

    -V-

    Antonio Clemente

------------------------------X

#19 . CR 932 (JFK)

The plea shall be telephonic on March 25, 2021 at 11:00 a.m. via dial-in 1-888-363-4749 and access code: 788 3927 #.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-15-21

SO ORDERED.

Dated: New York, New York

3-15-21

_____
JOHN F. KEENAN
United States District Judge