

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 16, 2023

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**   05/16/2023

The status conference scheduled for May 18, 2023 is hereby adjourned to June 15, 2023 at 2:00 PM.

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Antonio Clemente, Jr.*, 19 Cr. 932 (JFK)

Dear Judge Broderick:

The Government writes respectfully in advance of the upcoming violation of supervised release hearing, which is currently scheduled for May 18, 2023.

At the initial proceeding before Your Honor on April 17, 2023, the Government informed the Court that it was awaiting test results of certain DNA evidence before determining how to proceed in this matter. To date, the Government has not received those results. Accordingly, the Government respectfully requests that this mater be adjourned for approximately thirty (30) days to allow addition time for the test results to be received.

The Government has conferred with Raoul Zaltzberg, Esq., counsel for Mr. Clemente, who consents to the requested adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
Jarrod L. Schaeffer
Assistant United States Attorney
Tel.: (212) 637-2270