UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Antonio Victoro Clemente, Jr.,

*Defendant.*

ORDER

19 CR 932 (VSB)

It is hereby ordered:

That the terms of Antonio Clemente's release be temporarily modified to allow him to attend memorial services on May 25, 2023, from 3-9 p.m., travel time included.

The temporary modifications will be made in coordination with pre-trial services.

**SO ORDERED:** 5/24/23

_____
THE HONORABLE Vernon S. Broderick
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK